FILED

06/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0521

_____

IN RE THE MARRIAGE OF:

ANDREA OKLAND,

      Petitioner and Appellant,

and

    O R D E R

CHRISTOPHER OKLAND,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Andrea Okland, to all counsel of record, and to the Honorable Molly Owen, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 7 2023